# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE CANTERBURY,
                    Appellant,
vs.
CLARK COUNTY DETENTION
CENTER,
                    Respondent.

No. 76609

**FILED**

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for a default judgment. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court

18-36173

rule provides for an appeal from an order denying a motion for default judgment. We conclude that we lack jurisdiction, and we therefore

ORDER this appeal DISMISSED.[1]

_____ Cherry _____, J.
                Cherry

_____ Parraguirre _____, J.

_____ Stiglich _____, J.
                Stiglich

cc:     Hon. Kimberly A. Wanker, District Judge
        Richard Lee Canterbury
        Attorney General/Carson City
        Nye County Clerk

---

[1]We note that the order denying the motion for default judgment is reviewable as interlocutory to the final judgment entered on July 18, 2018, and the final judgment is on appeal in Docket No. 76633.

Given this dismissal, we take no action on the pro se motion for clarification filed on September 6, 2018.